CHARLES J. FISHER, JR., an Infant, by MARY E. FISHER, His Guardian ad Litem, Respondent, *v.* SAMUEL P. BARTLEY et al., Appellants.

Argued June 1, 1937 decided July 13, 1937.

*Francis L. Driscoll* and *Lorenz J. Brosnan* for appellants.
*Frank P. Ufford* and *St. Clair Hertel* for respondent.

Judgments reversed and new trial ordered, with costs to abide the event. It was error to instruct the jury in the text of the memorandum decision of the Appellate Division rendered on the former appeal (246 App. Div. 609). These instructions in effect allowed the jury to find the defendants liable for a mere error of judgment. No opinion. (See 275 N. Y. 544.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and LOUGHRAN, JJ. Dissenting: HUBBS, FINCH and RIPPEY, JJ.